

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the matter of M.C.H., a juvenile,  * From the County Court at Law
              of Midland County,
              Trial Court No. 6234.

No. 11-14-00330-CV       * July 28, 2016

              * Memorandum Opinion by Wright, C.J.
              (Panel consists of: Wright, C.J.,
              Bailey, J., and Countiss, sitting by
              assignment)
              (Willson, J., not participating)

   This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.